**CRIMINAL BENCH TRIAL PROCEEDINGS**

Date:   06/23/2026          Case No:    1:26-cr-0002-001       10:15 -  11:38
                                                              11:48 – 1:00
                                                               2:00 – 3:45
                                                               4:10 – 6:00

Before the Honorable:  Leonie M. Brinkema
Court Reporter:  S. Austin

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA | Nicholas Durham, Robert Strange |
| vs. | |
| AMER TAISIR ZGHAILAT QARALLEH | Brittany Davidson, Todd Richman |

The jury appeared as summoned and were sworn on voir dire. 14 jurors were selected and sworn to try the issues.

Preliminary matters heard out of the presence of the jury.

Rule on witnesses.

Opening statements made.

US adduced evidence.

Jury excused to return tomorrow, 6/24/2026 @ 9:30.

Deft cont'd on present bond.