IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMER TAISIR ZGHAILAT QARALLEH, | ) | Case No. 1:26-cr-00002 |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## TRIAL EXHIBIT CERTIFICATE OF REVIEW

We, the undersigned counsel have reviewed the trial exhibits as admitted by the Court and find that the exhibits in the custody of the Clerk are appropriate to go to the jury for their deliberation.


_____
Counsel for Government


_____
Counsel for Defendant